(94 South. 612)
### WILLIAMS v. ENSLEY MOTOR CO.
### (6 Div. 92.)

(Court of Appeals of Alabama. Dec. 19, 1922.)

**Appeal and error** ⊗═753(2)—**Failure to assign errors requires affirmance.**

Under Supreme Court Practice Rules No. 1 (Code 1907, vol. 2, p. 1506), appellant's failure to assign errors requires affirmance.

Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

Action between R. G. Williams and the Ensley Motor Company. From a judgment for the latter, the former appeals. Affirmed.

James Esdale, of Birmingham, for appellant.

C. C. Nesmith and Edgar E. Garrison, both of Birmingham, for appellee.

BRICKEN, P. J. On November 30, 1922, this cause was submitted in this court on motion to affirm for want of assignment of errors. This motion must of necessity be granted. Rule 1 Sup. Court Practice, Code 1907, p. 1506.

The failure of appellant to assign errors requires the affirmance of the judgment appealed from. Nichols v. Hardegree, 202 Ala. 132, 79 South. 598.

Affirmed.